# CHARLESTON

## Washington National B. & L. Association v. Heironimus.

Submitted February 12, 1907.    Decided April 17, 1907.

1. Trusts—*Bill to Enforce—Jurisdiction.*
    Equity has jurisdiction to enforce a deed of trust, at the suit of the creditor, when the amount of the debt secured by it is disputed and the trustee refuses to make sale under it.  (p. 6.)

Appeal from Circuit Court, Tucker County.

Action by the Washington National Building & Loan Association against Stuart M. Heironimus and others. Decree for defendants, and plaintiff appeals.

*Reversed. Remanded.*

Forrest W. Brown, for appellant.
R. D. Heironimus, for appellees.

Poffenbarger, Judge:

This case is in all material respects like that of *Washington Building and Loan Association* v. *Buser et al.*, decided by this Court at the present term, and the reasons given for the decision therein are amply sufficient for the decision of this case.

The decree will be reversed and the cause remanded.

*Reversed    Remanded.*